UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LOUIS CAMEJO-RODRIGUEZ, | ) | CASE NO. C09-0536-JLR |
| Petitioner, | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Plaintiff is a Washington state prisoner who has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Dkt. No. 1). His petition appears to attack a federal conviction entered against him in 1992 in the Southern District of Florida (Case No. 92-571-CR-3). However, a § 2255 motion may be brought only in the district where the sentence being challenged was imposed. 28 U.S.C. § 2255. Thus, it appears that the proper venue for this action is the United States District Court for the Southern District of Florida. Although the Court could transfer this matter to the Southern District of Florida, it does not appear to be in the interest of justice to do so. *See* 28 U.S.C. § 1406(a). The relief that petitioner seeks in his § 2255 motion is to be transferred from the Washington prison where he

REPORT AND RECOMMENDATION
PAGE -1

01 is confined to a facility in Florida, so that he may receive better medial treatment.  (Dkt. No. 1
02 at 7; Dkt. No. 4 at 3).   Such relief is not available under § 2255.  *See United States v. Kramer*,
03 195 F.3d 1129, 1129-30 (9th Cir. 1999).   Accordingly, the Court recommends that petitioner's
04 § 2255 motion be dismissed.   A proposed Order is attached.

05     DATED this <u>5th</u> day of May, 2009.

    <u>s/ Mary Alice Theiler</u>
    United States Magistrate Judge