___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 0 1 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

09-CV-00536-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOUIS CAMEJO-RODRIGUEZ,  )  CASE NO. C09-0536-JLR
                        )
    Petitioner,          )
                        )
        v.              )  ORDER DISMISSING § 2255
                        )  MOTION
UNITED STATES OF AMERICA, )
                        )
    Respondent.         )
_____)

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED;

(3) All pending motions are DENIED as moot; and

(4) The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 1ST day of June, 2009.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2255 MOTION
PAGE -1